UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYLVIA PANETTA,

                      Plaintiff,

     -against-                               **ORDER**

JOSEPH CASSEL, et al.,

                                                  20-CV-02255 (PMH)

                      Defendants.

PHILIP M. HALPERN, United States District Judge:

        Pursuant to this Court's May 18, 2020 Amended Order of Service, Plaintiff Sylvia Panetta ("Plaintiff"), who appears *pro se*, was directed "to show cause, by declaration, within thirty days, why" specific claims "should not be dismissed as time-barred." (Doc. 7 at 14). After being granted extensions of time within which to respond, Plaintiff filed her response on August 31, 2020 and it was supplemented thereafter with a letter filed on September 18, 2020. (Docs. 51, 53).

        Defendants are directed to file and serve a response to Plaintiff's August 31, 2020 and September 18, 2020 filings (Docs. 51, 53) on or before September 30, 2020.

        Defendants are directed to serve a copy of this Order on Plaintiff.

                                             **SO ORDERED:**

Dated:  New York, New York
            September 21, 2020

                                        PHILIP M. HALPERN
                                        United States District Judge