UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYLVIA PANETTA (pro se),

               Plaintiff,

-against-

JOSEPH CASSEL – Individual Capacity, et al.,

               Defendants.

**ORDER**

20-CV-02255 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court scheduled a telephonic pre-conference for today, February 4, 2021, to discuss the Orange County Defendants' (the County of Orange and David Ayers) and the Town of Wallkill Defendants' (the Town of Wallkill, Robert Hertman, M. Donaldson, Antonio Spano, Daniel Covey, Jason Farningham, Anthony Grosso, Kelly Ann Boss, Kate Monahan, Barry Weissman, Julia Ashworth, A. Solano, Christopher DiNapoli, John Snellinger, Jessica Kenney, Joseph Steuber, and Jessica Steuber) anticipated motions to dismiss. Plaintiff, proceeding *pro se*, counsel for the Orange County Defendants, and counsel for the Town of Wallkill Defendants appeared.

      As discussed on the record, the pre-conference has been adjourned to **March 18, 2021 at 10:00 a.m.** so that Plaintiff may retain counsel. The Orange County Defendants and the Wallkill Defendants consented to this adjournment. At the time of the scheduled conference, all parties shall call: (888) 398-2342; access code: 3456831.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                            **SO ORDERED:**

Dated:  New York, New York
           February 4, 2021

                                            PHILIP M. HALPERN
                                            United States District Judge