UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SYLVIA PANETTA,

                Plaintiff,

-against-                                              20 **CIVIL** 2255 (PMH)

**JUDGMENT**

JOSEPH CASSEL, et al.,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2023, Defendants' motions to dismiss are GRANTED. Plaintiff's first, second, fifth, sixth, and seventh claims for relief are dismissed with prejudice. Plaintiff's remaining pendant state law claims-the third and fourth claims for relief-are dismissed without prejudice. Plaintiff's claims against John and Jane Does 1-20 are dismissed with prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York

      September 7, 2023

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                             **BY:**

                                                            **Deputy Clerk**